NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA L. BURNETT,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent.*

---

2012-3176

---

Petition for review of the Merit Systems Protection Board in case no. CH1221110614-W-1.

---

**ON MOTION**

---

**ORDER**

Melissa L. Burnett moves for leave to file a Certificate of Interest. The court also construes Burnett's October 25, 2012 letter as a motion for an extension of time, until November 25, 2012, to file her informal brief.

Because Burnett is a pro se appellant she does not need to file a certificate of interest. *See* Federal Circuit Rules 26.1 and 47.4.

MELISSA BURNETT V. HUD                                        2

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to file a certificate of interest is denied as moot.

(2)  The motion for an extension of time is granted to the extent that Burnett's informal brief is due November 26, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27